United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 22, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-10149
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

SEALED APPELLANT 1

Defendant-Appellant,

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 4:03-CV-1233)
_____

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM:[*]

We are in receipt of the district court's March 20, 2006 order, wherein it notifies

this court that (1) Appellant wishes to waive any benefit she received from this court's

March 3, 2006 ruling, and (2) that it has found by a preponderance of the evidence that

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

Appellant has recovered from her mental illness and defect to such an extent that her conditional release under the regimen of care and treatment prescribed would no longer create a substantial risk of bodily injury to another person, or serious damage to property of another. Given this notification there is nothing for this court to resolve and this case is closed.